**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

IN THE MATTER OF:

Chapter 11

PSL - NORTH AMERICA LLC, *et al.*,
Debtors

Case No. 14-11477 (PJW)

---

**STATEMENT THAT UNSECURED CREDITORS' COMMITTEE HAS NOT BEEN APPOINTED**

---

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

( ) Debtors petition/schedules reflect less than three unsecured creditors (excluding insiders and governmental agencies).

( ) No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

( X ) Insufficient response to the United States Trustee communication/contact for service on the committee.

( ) No unsecured creditor interest

( ) Non-operating debtor-in-possession - - No creditor interest.

( ) Application to convert to Chapter 7 or to dismiss pending.

( ) Converted or dismissed.

( ) Other:

**ROBERTA A. DeANGELIS**
**UNITED STATES TRUSTEE**

*/s/ Jane Leamy*
T. PATRICK TINKER
Assistant United States Trustee

DATED: July 11, 2014