**<u>EXHIBIT A</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x

In re:                                                    :        Chapter 11
                                                          :
PSL - NORTH AMERICA LLC, <u>et al.</u>,                   :        Case No. 14-11477 (PJW)
                                                          :
        Debtors.[1]                                       :        Jointly Administered
                                                          :
                                                          :        **Re: Docket No. ___**

---------------------------------------------------------- x

## ORDER EXTENDING THE DEADLINE BY
## <u>WHICH THE DEBTORS MAY REMOVE CIVIL ACTIONS</u>

This matter coming before the Court on the *Debtors' Motion for an Order, Pursuant to 28 U.S.C. § 1452 and Rules 9006(b) and 9027 of the Bankruptcy Rules, Extending the Deadline by Which the Debtors May Remove Civil Actions* (the "**<u>Motion</u>**"),[2] filed by the Debtors; the Court having reviewed the Motion; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this District pursuant to 28 U.S.C. § 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Motion was sufficient under the circumstances; and good and sufficient cause having been shown; and notice of the Motion and the opportunity for a hearing thereon was appropriate under the particular circumstances; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1.      The Motion is GRANTED.

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are PSL - North America LLC (5196) and PSL USA INC (0971).  The above-captioned Debtors' mailing address is 13092 Sea Plane Road, Bay St. Louis, MS 39520.

[2]      Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

2.      The deadline set by Bankruptcy Rule 9027 by which the Debtors may file notices of removal of any and all civil actions is extended to and including December 15, 2014.

3.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

4.      This Order shall be without prejudice to (a) any position the Debtors may take regarding whether Section 362 of the Bankruptcy Code applies to stay any litigation pending against the Debtors or (b) the Debtors' right to seek further extensions of the deadline by which they may remove any civil actions pursuant to Bankruptcy Rule 9027.

5.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2014
        Wilmington, Delaware

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

RLF1 10804590v.1